Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
Greenspoon Marder LLP
3993 Howard Hughes Pkwy., Ste. 400
Las Vegas, Nevada 89169
Tel: (702) 978-4249
Fax: (954) 333-4256
phillip.silvestri@gmlaw.com
*Attorneys for Eldorado*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSE PEREZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ELDORADO RESORTS CORP., a Florida Corporation, d/b/a ELDORADO DEVELOPMENT CORP.,<br><br>Defendant. | Case No.: 2:18-cv-02430-GMN-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION FOR PROTECTIVE ORDER [ECF #14]**<br><br>**FIRST REQUEST** |

The parties, Defendant Eldorado Resorts Corp. ("Eldorado") by and through its counsel of record, Greenspoon Marder LLP, and Plaintiff Rose Perez ("Plaintiff") by and through her counsel of record, Christopher Burk, Esq. of Totten Franqui Davis & Burk, LLC ("TFDB"), and TFDB, hereby stipulate hereby stipulate to extend the time for Eldorado to respond to TFDB's Motion for Protective Order [ECF #14] as follows:

Eldorado's Opposition to TFDB's Motion is currently due on April 15, 2019. Counsel for Eldorado is in trial from April 15-18, and is preparing for the same. On that basis the parties have

///
///
///
///
///
///
///

39682057.1

agreed to provide Eldorado an additional four (4) days to respond to the Motion, through April 19, 2019. This is the first request for an extension, and is not entered for purposes of delay.

Dated this 12th day of April, 2019.

| **Totten, Franqui, Davis & Burk, LLP** | **Greenspoon Marder LLP** |
|---|---|
| */s/ Christopher Burk, Esq.* | */s/ Phillip A. Silvestri, Esq.* |
| CHRISTOPHER D. BURK, ESQ. | PHILLIP A. SILVESTRI, ESQ. |
| Nevada Bar No. 8976 | Nevada Bar No. 11276 |
| *Movant and Attorneys for Plaintiffs* | *Attorneys for Defendant* |

IT IS SO ORDERED.

DATED: Apr 15, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

39682057.1